■ In the Matter of 358 W. 52ND ST. CORP. v. BERNARD J. O'CONNELL, as Commissioner of Licenses of the City of New York.— Motion for a stay granted on condition that the appellant procures the record on appeal and

appellant's points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.